IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

AIRADIGM COMMUNICATIONS, INC.,
FEDERAL COMMUNICATIONS COMMISSION,

                                               ORDER

           PlaintiffAppellant/Appellee,

                                         07-cv-616-bbc
                                         07-cv-617-bbc
    v.                                   07-cv-660-bbc
                                         08-cv-152-bbc

TELEPHONE AND DATA SYSTEMS, INC.,

           Appellee/Appellant.


- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

In accordance with the ruling of the Court of Appeals for the Seventh Circuit in Airagim Communications, Inc., Nos. 08-3585, 08-3587, 08-3588 and 08-3590 (7th Cir. Aug. 4, 2010, IT IS ORDERED that the judgment entered herein on August 14, 2008 is VACATED and the order entered on August 12, 2008 is AMENDED as follows:

    Paragraph three of the Order is deleted in its entirety and the following paragraph is substituted:

    FURTHER, IT IS ORDERED that the final order of the bankruptcy court on appeal in case no. 08-cv-152-bbc, disallowing claim 15, is AFFIRMED.

1

The clerk of court is directed to enter an amended judgment in all four cases in conformance with this order.

Entered this 23d day of September, 2010.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge

2